No. 90–1069.  SOUTH HALF OF LOT 7 AND LOT 8, BLOCK 14, KOUNTZE'S 3RD ADDITION TO THE CITY OF OMAHA, ET AL. v.

UNITED STATES. C. A. 8th Cir. Certiorari denied.